## HENLEY v. STATE ex rel. STRAIN, Bank Com'r.

No. 15554—Opinion Filed Sept. 15, 1925.

Error from District Court, Okmulgee County; James Hepburn, Judge.

Action between E. A. Henley and State ex rel. Joe H. Strain, Bank Commissioner. From the judgment, the former brings error. Reversed and remanded.

P. A. M. Hoodenpyl, for plaintiff in error.

Attorney General, for defendant in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial, for failure of the defendant in error to file a brief as provided by rule 7 of his court.